TOMAS MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel: (408) 317-1100
Fax: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

*E-Filed: April 23, 2015*

Attorneys for Plaintiff
LUIS ANGUIANO

ROGER M. MASON, ESQ. (107486)
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
408-356-3000 phone
408-354-8839 fax

Attorneys for Defendant
WEST VALLEY CONSTRUCTION COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS ANGUIANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEST VALLEY CONSTRUCTION COMPANY, INC.,<br><br>　　　　Defendant. | Case Number: 4:14-CV-03365 HRL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE WITH COURT TO RETAIN JURISDICTION; ORDER**<br><br>DATE: 12/23/14<br>TIME: 1:30 PM<br>LOCATION: Courtroom 2, 5Th Floor<br><br>HON. HOWARD R. LLOYD |

　　　　Plaintiff LUIS ANGUIANO and Defendant WEST VALLEY CONSTRUCTION COMPANY, INC. through their attorneys of record hereby submit the following stipulation.

1. The parties have executed a written settlement agreement which disposes of all claims in this matter;

2. Defendant WEST VALLEY CONSTRUCTION COMPANY, INC. has satisfied all conditions in the agreement needed for the matter to be dismissed with prejudice; and

3. The parties stipulate that this matter be dismissed with prejudice.

IT IS SO STIPULATED

Dated: April 13, 2015            //s//Tomas E. Margain
                                 TOMAS MARGAIN
                                 HUY TRAN
                                 Counsel for plaintiff

Dated:  April  , 2015            **SWEENEY, MASON, WILSON & BOSOMWORTH**

                                 By:        //s//
                                    ROGER M. MASON, ESQ.
                                    Attorneys for Defendants

.

Page **2** of **3**
STIPULATION & ORDER TO DISMISS WITH PREJUDICE

**ORDER**

Based on the stipulation of counsel and good cause shown, this matter is dismissed with prejudice. All deadlines are hereby terminated. The parties have reached a settlement through counsel.

IT IS SO ORDERED.

Dated: April 23, 2015

_____
UNITED STATES MAGISTRATE JUDGE
HOWARL R. LLOYD